**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT KOVAL, | |
| Plaintiff, | Case No. 2:11-cv-01977-KJD-PAL |
| vs. | **ORDER** |
| BOTTLING GROUP, INC., et al., | (Mtn to Withdraw - Dkt. #15) |
| Defendants. | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #15) filed January 26, 2011. Jerome R. Bowen and Sarah M. Banda seek to withdraw as counsel of record for Plaintiff Robert Koval. The Motion represents that Bowen Law Offices no longer handles cases of this type, and Mr. Koval was advised of counsel's intention to withdraw. Additionally, Mr. Bowen has five trials scheduled between January and March 2012. There is a pending Motion to Dismiss (Dkt. #8), but counsel states that defense counsel "has granted an open extension to respond to Defendant's Motion to Dismiss until a decision has been reached on this motion." Affidavit of Jerome R. Bowen at ¶ 5. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court on December 9, 2011. There is a Motion to Dismiss (Dkt. #8) pending for which a response was due January 9, 2012. Defendant's Response (Dkt. #11) states that counsel would provide Plaintiff a reasonable, but not indefinite, extension of time to obtain new counsel and respond to the Motion to Dismiss.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #15) is GRANTED.

/ / /

2. Plaintiff shall have until **March 1, 2012,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will be proceeding *pro se.*

3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4. A status hearing is scheduled for **March 6, 2012, at 9:00 a.m.**

4. The Clerk of Court shall serve a copy of this Order on Plaintiff at:

Robert Koval
2744 Borthwick Ave.
Henderson, NV 89044

Dated this 31st day of January, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE