# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT KOVAL,<br><br>    Plaintiff,<br><br>v.<br><br>BOTTLING GROUP, LLC<br><br>    Defendants. | Case No. 2:11-CV-01977-KJD-PAL<br><br>**ORDER** |

Before the Court is the Motion to Dismiss (#8) filed by Defendant Bottling Group, LLC. Plaintiff Robert Koval has not filed an opposition.

Pursuant to Local Rule 7-2(b), any Response and/or Opposition to the Motion to Dismiss was required to be filed with the Court and served within fourteen days after service of the motion. No Response and/or Opposition has been filed by the Plaintiffs regarding this matter. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion. Defendants' Motion appears to be supported by good cause. Accordingly, **IT IS HEREBY ORDERED**, Defendants' Motion to Dismiss (#8) is **GRANTED**.

DATED this 28th day of February 2012.

_____
Kent J. Dawson
United States District Judge